# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149622(51)

ASSOCIATED BUILDERS AND
CONTRACTORS,
        Plaintiff-Appellant,

v

CITY OF LANSING,
        Defendant-Appellee.

SC: 149622
COA: 313684
Ingham CC: 12-000406-CZ

_____/

       On order of the Chief Justice, the motion of the National Federation of Independent Business Small Business Legal Center for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 30, 2015, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2015



Clerk